FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11:15 am, Feb 12, 2014
JEFFREY P. COLWELL, CLERK

PS 10
(2/12 ED/MO)

# United States District Court

for

### Eastern District of Missouri - St. Louis

U.S.A. vs David Estrada          Docket No. 4:13CR00330     CO Cse# 14-mj-01017-CBS

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. | | | |
| NAME OF DEFENDANT<br>David Estrada<br><br>DOB   ../1980   SSN: | SEX<br>Male | RACE<br>White | AGE<br>33 |
| ADDRESS (STREET, CITY, STATE)<br>           Aurora  CO 80015 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>The Honorable Noelle Collins<br>Thomas F. Eagleton U.S. Courthouse<br>111 S. 10th Street<br>St. Louis, MO 63102 | | | |
| CLERK<br><br>Eastern District of Missouri - St. Louis | (BY) DEPUTY CLERK | DATE<br>2/3/2014 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for Eastern District of Missouri;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PS 8  
(Rev.12/04)

FILED  
UNITED STATES DISTRICT COURT  
DENVER, COLORADO  
11:16 am, Feb 12, 2014  
JEFFREY P. COLWELL, CLERK

United States District Court  
For  
Eastern District of Missouri

*CO Case 14-mj-01017-CBS*

U.S.A. vs. **David Estrada**     Docket No. **4:13CR00330 HEA**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Tiffany Corley, pretrial services officer, presenting an official report upon the conduct of defendant, David Estrada, who was placed under pretrial release supervision by the Honorable Frederick R. Buckles, sitting in the court at St. Louis, Missouri on 10/29/2013 under the following conditions:

Participate in the Location Monitoring Program  
The defendant is to undergo a mental health evaluation and/or treatment as deemed appropriate  
The defendant shall not subscribe to any Internet service  
The defendant shall cancel any Internet service and provide verification of cancellation to the probation office  
The defendant shall not possess any devices with Internet access capabilities

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On 01/29/2014, the undersigned was contacted by Estrada's District of Colorado supervising officer, Garret Pfalmer. Pfalmer reported the following bond infractions:

- On January 23, 2014, the defendant failed to attend a medication evaluation that had been established for him at Aurora Mental Health in Aurora, Colorado. The treatment provider contacted the Probation Office via fax notification on January 24, 2014, indicating that the defendant was a "no call no show" for his appointment. When the defendant was questioned about failing to attend as required, he advised he had a work conflict and that he had called and left a voice message indicating he would not attend.

- On January 25, 2014, the defendant attended an unauthorized location in the community, specifically, a recreation area at Buckley Airforce Base in Aurora, Colorado, from approximately 2:15 p.m. to 3:50 p.m. On January 23, 2014, the probation officer contacted the defendant via telephone and authorized him to visit Buckley Airforce Base to obtain groceries and complete general shopping and to visit a local auto parts store located near his residence. Upon review of GPS mapping for said date, the probation officer observed the defendant attended the base, first appearing to attend the main store. However, shortly after arriving, the mapping showed the defendant near a group of baseball diamonds for the previously indicated time frame. When questioned about such, the defendant admitted going to Buckley Airforce Base, a Starbuck's Coffee Shop, and a recreation area where he walked around a track. Estrada admitted he was not authorized to attend the base for such and he admitted he did not attend the auto parts store as he had requested. Estrada stated he simply wanted to take a break from his situation. He was admonished for his conduct, for violating the trust of the probation office, and he was instructed to attend work and treatment only until further notice.

- On January 28, 2014, the defendant failed to attend a mental health treatment session that had been established for him at Aurora Mental Health in Aurora, Colorado. The treatment provider contacted the probation officer via telephone on January 28, 2014, and advised of such. When questioned, the defendant advised he thought the appointment was scheduled for January 29, 2014. He was instructed to contact his primary therapist at the agency and to reschedule the appointment.

ESTRADA, David												Page 2

Officer Pfalmer met with the defendant on 01/28/2014 at the Probation Office. He was questioned as to the aforementioned violations and he commented he was struggling in general with his situation. Estrada was admonished for his conduct, advised the Court would be notified of his violations, and instructed to abide by all conditions of bond.

A previous violation memo submitted to the Court on 12/23/2013 included the following bond infractions:

- On November 28, 2013, Estrada left his residence without authorization from approximately 7:15pm until 8:00pm. Estrada was not working this date and was previously directed by Officer Pfalmer to remain at his residence if he was not working. Monitoring software revealed the defendant was approximately four houses from his residence during this period.

- At the time of the defendant's release on bond in October 2013, he was instructed by Officer Pfalmer to discontinue usage of his IPhone/smart phone and to terminate Internet service on his cellular phone. Officer Pfalmer related that Estrada did not discontinue usage of his IPhone/smart phone until December 2013. Additionally, the defendant maintained Internet capabilities on his newly acquired cellular phone.

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant for the defendant's arrest and that a bond revocation hearing be held within three days of the defendant's arrest to determine whether or not the defendant is in violation of the conditions of release.

### ORDER OF COURT

Considered and ordered this 31st day of January, 2014, and ordered filed and made a part of the records in the above case.

/s/ Noelle C. Collins
———————————————
U.S. Magistrate Judge

Reviewed By:

*Mark M Reichert*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 31, 2014**

———————————————
U.S. Pretrial Services Officer

Place  St. Louis, Missouri