IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  14-mj-01017-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    DAVID ESTRADA,

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

      The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender, Interim

      s/ Robert W. Pepin
      ROBERT W. PEPIN
      Assistant Federal Public Defender
      633 - 17th Street, Suite 1000
      Denver, Colorado  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      robert_pepin@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on February 12, 2014, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

     Martha Paluch, Assistant U.S. Attorney
         Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

     David Estrada *(US Mail)*

                                         s/   Robert W. Pepin
                                         ROBERT W. PEPIN
                                         Assistant Federal Public Defender
                                         Attorney for Defendant
                                         633 - 17th Street, Suite 1000
                                         Denver, Colorado 80202
                                         (303) 294-7002
                                         (303) 294-1192
                                         Robert_Pepin@fd.org