IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Jeffrey P. Colwell,<br>CLERK OF COURT | Room A-105, Alfred A. Arraj U.S. Courthouse<br>901 19th Street<br>Denver, Colorado 80294-3589<br>Phone (303) 844-3433<br>www.cod.uscourts.gov |

February 21, 2014

Thomas F. Eagleton United States Courthouse
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

Colorado Case Number: 14-mj-01017-CBS
Receiving Court Case Number: 4:13-cr-00330
David Estrada

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By:  s/ C. Covington
       Deputy Clerk