**RECEIVED**

FEB 2 5 2014

**BY MAIL**

Jeffrey P. Colwell,
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

February 21, 2014

Thomas F. Eagleton United States Courthouse
111 South Tenth Street, Room 3.300
St. Louis, MO 63102-1116

Colorado Case Number: 14-mj-01017-CBS
Receiving Court Case Number: 4:13-cr-00330 *HEA*
David Estrada

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address
http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper
format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case
number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/ C. Covington
Deputy Clerk

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 4 2014

JEFFREY P. COLWELL
CLERK